UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 03-844 (KSH) |
| v. : | |
| : | ORDER APPOINTING COUNSEL |
| JAMAR HURD : | |

This matter having been opened to the Court upon the request of Defendant Jamar Hurd, through the Office of the Federal Public Defender (Louise Arkel, appearing), for an Order by the Court appointing counsel in Mr. Hurd's 18 U.S.C. § 3582(c) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 4th day of ~~August~~ September, 2008 that the Office of the Federal Public Defender (Louise Arkel, appearing) is appointed to represent Jamar Hurd in this matter.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Court Judge