AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jamar Hurd ) | Case No: 03-844-20 (KSH) |
| ) | USM No: 04-7061 (SDW) |
| Date of Previous Judgment:   05/23/2007 ) | Louise Arkel, AFPD |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   __168__   months **is reduced to**   __140__  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:   __31__        Amended Offense Level:   __29__
Criminal History Category:   __V__      Criminal History Category:   __V__
Previous Guideline Range:   __168__ to __210__ months     Amended Guideline Range:   __140__ to __175__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   __05/23/2007__   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __10/07/2008__

Effective Date:   _____
(if different from order date)

_____
Judge's signature

Katharine S. Hayden, U.S.D.J.
Printed name and title