AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

United States of America
v.
Jamar Hurd

Case No: 2:2003cr844-20 (KSH)

USM No: _____

Date of Original Judgment: 05/23/2007
Date of Previous Amended Judgment: 10/08/2008
*(Use Date of Last Amended Judgment if Any)*

Louise Arkel, AFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___140___ months **is reduced to** ___120 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___10/08/2008___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/8/12

Effective Date: _____
*(if different from order date)*

*Judge's signature*

KATHARINE S. HAYDEN, U.S.D.J.
*Printed name and title*

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:   Jamar Hurd
CASE NUMBER:  2:2003cr844
DISTRICT:

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29          Amended Total Offense Level: 27
Criminal History Category:   V            Criminal History Category:   V
Previous Guideline Range: 140 to 175 months   Amended Guideline Range: 120 to 150 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS